# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | Orpilla, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 2 | Orrico, Gerald | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 3 | Ortiz, Edwin | NY | USA | N/A | N/A | N/A | Personal Injury |
| 4 | Ortiz, James | NY | USA | N/A | N/A | N/A | Personal Injury |
| 5 | Ortiz, Julio | NY | USA | N/A | N/A | N/A | Personal Injury |
| 6 | Osgoop, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 7 | Ouellette, Matthew | FL | USA | N/A | N/A | N/A | Personal Injury |
| 8 | Owens, Jennifer | NY | USA | N/A | N/A | N/A | Personal Injury |
| 9 | Owens, Kathleen | NY | USA | N/A | N/A | N/A | Personal Injury |
| 10 | Pace, Peter | NY | USA | N/A | N/A | N/A | Personal Injury |
| 11 | Pacifico, Greg | NY | USA | N/A | N/A | N/A | Personal Injury |
| 12 | Padula, Louis | NY | USA | N/A | N/A | N/A | Personal Injury |
| 13 | Paholek, Karen | NY | USA | N/A | N/A | N/A | Personal Injury |
| 14 | Palazzola, Vincent | NY | USA | N/A | N/A | N/A | Personal Injury |
| 15 | Palermo, Jaime | FL | USA | N/A | N/A | N/A | Personal Injury |
| 16 | Palermo, Nancy | FL | USA | N/A | N/A | N/A | Personal Injury |
| 17 | Palladino, Anthony | NY | USA | N/A | N/A | N/A | Personal Injury |
| 18 | Palladino, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 19 | Palmieri, Cosmo | NY | USA | N/A | N/A | N/A | Personal Injury |
| 20 | Palmieri, Dorothy | NY | USA | N/A | N/A | N/A | Personal Injury |
| 21 | Panariello, Peter | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 22 | Panni, Eric | NY | USA | N/A | N/A | N/A | Personal Injury |
| 23 | Panopoulos, Alkiavadis | NY | USA | N/A | N/A | N/A | Personal Injury |
| 24 | Papazahariou, George | NY | USA | N/A | N/A | N/A | Personal Injury |
| 25 | Papilsky, Alice | NY | USA | N/A | N/A | N/A | Personal Injury |
| 26 | Parisi, Eliot | NY | USA | N/A | N/A | N/A | Personal Injury |
| 27 | Parisi, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 28 | Parker, Genee | NY | USA | N/A | N/A | N/A | Personal Injury |
| 29 | Paronich, Paul | NY | USA | N/A | N/A | N/A | Personal Injury |
| 30 | Pasquale, Joseph | FL | USA | N/A | N/A | N/A | Personal Injury |
| 31 | Passeggiata, John | FL | USA | N/A | N/A | N/A | Personal Injury |
| 32 | Pearce, Charles | NY | USA | N/A | N/A | N/A | Personal Injury |
| 33 | Pedone, Claire | NY | USA | N/A | N/A | N/A | Personal Injury |
| 34 | Pedone, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 35 | Pelage, Shirley | NY | USA | N/A | N/A | N/A | Personal Injury |
| 36 | Pellegriti, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 37 | Pellone, Aniello | NY | USA | N/A | N/A | N/A | Personal Injury |
| 38 | Pentangelo, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 39 | Peralta, Ruben | NY | USA | N/A | N/A | N/A | Personal Injury |
| 40 | Perez, Geraldo | FL | USA | N/A | N/A | N/A | Personal Injury |
| 41 | Perez, Hector | NY | USA | N/A | N/A | N/A | Personal Injury |
| 42 | Perez, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 43 | Perez, Jose | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 44 | Perfetto, Ralph | FL | USA | N/A | N/A | N/A | Personal Injury |
| 45 | Perkins, Laurence | NY | USA | N/A | N/A | N/A | Personal Injury |
| 46 | Perrone, Vincent | NY | USA | N/A | N/A | N/A | Personal Injury |
| 47 | Pesonen, James | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 48 | Peters, Mark | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 49 | Peterson, Ronald | SC | USA | N/A | N/A | N/A | Personal Injury |
| 50 | Pfander, Connie | NY | USA | N/A | N/A | N/A | Personal Injury |
| 51 | Philbin, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 52 | Phillips, Anthony | NY | USA | N/A | N/A | N/A | Personal Injury |
| 53 | Pietzak, Harold | NY | USA | N/A | N/A | N/A | Personal Injury |
| 54 | Pignatelli, Richard | NY | USA | N/A | N/A | N/A | Personal Injury |
| 55 | Pillot-Rodriguez, Sabina | NY | USA | N/A | N/A | N/A | Personal Injury |
| 56 | Pineiro, Carlos | PA | USA | N/A | N/A | N/A | Personal Injury |
| 57 | Ping Li, Ying | NY | USA | N/A | N/A | N/A | Personal Injury |
| 58 | Pirone, Alyssa | FL | USA | N/A | N/A | N/A | Personal Injury |
| 59 | Pirone, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 60 | Pisani, Patrick | NY | USA | N/A | N/A | N/A | Personal Injury |
| 61 | Pisano, Karen | NY | USA | N/A | N/A | N/A | Personal Injury |
| 62 | Plaia, Vito | NY | USA | N/A | N/A | N/A | Personal Injury |
| 63 | Pletka, Cole | NY | USA | N/A | N/A | N/A | Personal Injury |
| 64 | Pletka, Darleen | NY | USA | N/A | N/A | N/A | Personal Injury |
| 65 | Podlucky, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 66 | Polemeni, Paul | NY | USA | N/A | N/A | N/A | Personal Injury |
| 67 | Polidore, Robert | FL | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 68 | Polonsky, Svetlana | NY | USA | N/A | N/A | N/A | Personal Injury |
| 69 | Porter, Dennis | CA | USA | N/A | N/A | N/A | Personal Injury |
| 70 | Porter, Wayne | SC | USA | N/A | N/A | N/A | Personal Injury |
| 71 | Postel, Dennis | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 72 | Powers, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 73 | Prentice, Kevin | NY | USA | N/A | N/A | N/A | Personal Injury |
| 74 | Prioleau, Quindalina | NY | USA | N/A | N/A | N/A | Personal Injury |
| 75 | Pristina, Janice | NY | USA | N/A | N/A | N/A | Personal Injury |
| 76 | Probeck, Scott | NY | USA | N/A | N/A | N/A | Personal Injury |
| 77 | Pryzyblowski, Lori | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 78 | Pulito, Antoinette | NY | USA | N/A | N/A | N/A | Personal Injury |
| 79 | Pulito, Emilio | NY | USA | N/A | N/A | N/A | Personal Injury |
| 80 | Pulito, Ivano | NY | USA | N/A | N/A | N/A | Personal Injury |
| 81 | Puma, Christine | NY | USA | N/A | N/A | N/A | Personal Injury |
| 82 | Puma, Matthew | NY | USA | N/A | N/A | N/A | Personal Injury |
| 83 | Questel, Daniel | NY | USA | N/A | N/A | N/A | Personal Injury |
| 84 | Quick, Kenneth | NY | USA | N/A | N/A | N/A | Personal Injury |
| 85 | Quinn, Frank | NY | USA | N/A | N/A | N/A | Personal Injury |
| 86 | Quinones, Fernando | NY | USA | N/A | N/A | N/A | Personal Injury |
| 87 | Quinones, Hommy | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 88 | Quinones, Miguel | NY | USA | N/A | N/A | N/A | Personal Injury |
| 89 | Quirk, Kevin | NY | USA | N/A | N/A | N/A | Personal Injury |
| 90 | Raftopoulos, Peter | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 91 | Raia, Danielle | NY | USA | N/A | N/A | N/A | Personal Injury |
| 92 | Raimo, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 93 | Ralbovski, Jozef | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 94 | Ramos, Julio | NY | USA | N/A | N/A | N/A | Personal Injury |
| 95 | Ramos-Ciancio, Margie | NY | USA | N/A | N/A | N/A | Personal Injury |
| 96 | Ramroop, Glen | NY | USA | N/A | N/A | N/A | Personal Injury |
| 97 | Ranieri, Vincent | NY | USA | N/A | N/A | N/A | Personal Injury |
| 98 | Raschella, Vincent | NY | USA | N/A | N/A | N/A | Personal Injury |
| 99 | Ravelo, Samuel | NY | USA | N/A | N/A | N/A | Personal Injury |
| 100 | Raymond, James | NY | USA | N/A | N/A | N/A | Personal Injury |