UNITED STATES DISTRICT COURT
SOUTHORN DISTRICT OF NEW YORK
------------------------------------x
                                              :

IN RE:                                    :           ORDER

TERRORIST ATTACKS ON          :           03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001

------------------------------------x

This document relates to:

*All actions*

GEORGE B. DANIELS, United States District Judge:

    Oral argument on Defendant Dallah Avco Trans Arabia Company's motion to dismiss (ECF No. 9362[1]) and Defendant Kingdom of Saudi Arabia's motion to dismiss (ECF No. 9368) is scheduled for July 10, 2024 at 9:45 a.m.

Dated: May 30, 2024
       New York, New York

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge

---

[1] All ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).